UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERNON EUGENE PROCTOR, M.D.,

      Plaintiff,

v

JANICE KAY WALDMILLER, individually,

      Defendant.

Ingham County Circuit Court
No. 16-65-CZ-C30

Case No. 1-16-cv-413

HONORABLE _____

---

J. Nicholas Bostic (P40653)
Attorney for Plaintiff
909 North Washington Avenue
Lansing, MI  48906
517.706.0132

---

Bill Schuette (P32532)
Attorney General
Thomas P. Clement (P61022)
Division Chief
Jennifer Fitzgerald (P60109)
M. Catherine Waskiewicz (P73340)
Assistant Attorneys General
Attorneys for Defendant
Licensing and Regulation Division
3rd Floor, G. Mennen Williams Building
525 West Ottawa Street
Lansing, MI  48933
517.373.1146

                               /

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, by her undersigned counsel, submits this Notice of Removal

pursuant to 28 U.S.C. § 1446(a) and removes this action to the United States

District Court for the Western District of Michigan under 28 U.S.C. § 1441(a).

1.      On January 22, 2016, Plaintiff Vernon Eugene Proctor, M.D. filed a civil action entitled "*Vernon Eugene Proctor, M.D. v. Board of Medicine, Board of Pharmacy, and Department of Licensing and Regulatory Affairs (Bureau of Professional Licensing,*" in the Ingham County Circuit Court for the State of Michigan and assigned docket number 16-65-CZ-C30.  On January 26, 2016, Plaintiff filed a First Amended Complaint against Defendant but did not serve Defendant.  Plaintiff subsequently dismissed the other defendants from the action. On March 28, 2016, Plaintiff filed a Second Amended Complaint against Defendant but did not serve Defendant.  Plaintiff has failed to issue a summons or serve a complaint on Defendant.  [Summons issued against original defendants (does not include Defendant) and Second Amended Complaint attached as Exhibit 1.]  On April 18, 2016, Defendant filed an Answer to the Second Amended Complaint (attached as Exhibit 2).

2.      This lawsuit is a civil action that may be removed to this Court by Defendant on the basis of federal question jurisdiction.  In his Second Amended Complaint, Plaintiff alleges he suffered damages as a result of Defendant's alleged violation of his constitutional rights under 42 U.S.C. § 1983.  (See Ex. 1, Second Am. Complt., p. 1, ¶¶ 54–72.)

3.      Under 28 U.S.C. §§ 1331 and 1343, the federal court has original jurisdiction over this claim.  Because the Court has original jurisdiction based on the federal question presented, this case is removable to federal court under 28 U.S.C. § 1441(a).

2

4.     The Court also may exercise supplemental jurisdiction under 28 U.S.C. § 1367(a) over any state law claims contained in Plaintiff's Second Amended Complaint.  That statute provides the basis for supplemental subject matter jurisdiction over the state law claims asserted in this Second Amended Complaint in conjunction with its federal question jurisdiction under 28 U.S.C. §§ 1331 and 1343.

5.     As required by 28 U.S.C. § 1446(d), Defendant served a copy of this Notice of Removal on Plaintiff and filed a copy with the Clerk of the Ingham County Circuit Court where this matter was originally filed.

6.     Based on information and belief, no process, pleadings, or orders have been properly served on Defendant.

Defendant respectfully requests this Court permit removal of this action from the Ingham County Circuit Court for the State of Michigan to the United States District Court for the Western District of Michigan, Southern Division.

Respectfully submitted,

Bill Schuette
Attorney General

/s/ M. Catherine Waskiewicz
M. Catherine Waskiewicz (P73340)
Assistant Attorney General
Attorneys for Defendant
525 West Ottawa Street
Lansing, MI 48933
517-373-1146
waskiewiczm@michigan.gov

Dated:  April 25, 2016

LF: 2016-0129928-A/Proctor, Vernon v Board of Medicine (Ingham Circt)/Notice of Removal – 2016-04-25

3